Case 5:13-cr-00098-JGB Document 8 Filed 01/21/14 Page 1 of 2 Page ID #:20



FILED
CLERK, U.S. DISTRICT COURT
JAN 21 2014
CENTRAL DISTRICT OF CALIFORNIA
BY DB DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: EDCR 13-00098 JGB |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION |
| v. | ) (FED.R. CRIM. P.32.1(a)(6); 18 |
| Douglas Harris | ) U.S.C. § 3143(a)) |
| Defendant. | ) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

• NATURE & CIRCUMSTANCES OF OFFENSE
• INSUFFICIENT BAIL RESOURCES
• SUBMISSION TO DETENTION

1

1 and/or

2 B. (✓) The defendant has not met his/her burden of establishing by clear and
3 convincing evidence that he/she is not likely to pose a danger to the
4 safety of any other person or the community if released under 18
5 U.S.C. § 3142(b) or (c). This finding is based on the following:
6 <u>1 UNDERLYING ALLEGATIONS (POSSESSION OF</u>
7 <u>1+ Kilo CONTROLLED SUBST + WEAPON).</u>
8 _____
9 _____

12 IT THEREFORE IS ORDERED that the defendant be detained pending the further
13 revocation proceedings.

15 Dated: 1/21/14

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2